COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted January 31, 2005; decided February 17, 2005

Motion by National Press Photographers Association et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

COURTROOM TELEVISION NETWORK LLC, Appellant, v STATE OF NEW YORK et al., Respondents.

Submitted February 14, 2005; decided February 17, 2005

Motion by New York State Association of Criminal Defense Lawyers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Five additional copies of the brief may be filed within 10 days.

GEORGE KRALIK et al., Appellants, v 239 EAST 79TH STREET OWNERS CORP., Respondent.

Submitted January 24, 2005; decided February 17, 2005

Motion by Eliot Spitzer, Attorney General of the State of New York, for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Eighteen additional copies of the brief may be filed and two additional copies served within 10 days.

In the Matter of NEWSDAY, INC., Respondent, v STATE DEPARTMENT OF TRANSPORTATION, Appellant.

Submitted January 24, 2005; decided February 17, 2005

Motion by City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.